```
ALBERT FEASTER, CDCR #F-24510
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127

Plaintiff In Pro Se
```

FILED
JUL - 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ALBERT FEASTER,

    Plaintiff,

vs.

KEVIN PAUGH, et al.,

    Defendant.

CV 08 3223

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, __ALBERT FEASTER__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __N/A__  Net: __N/A__

Employer: __N/A__

__N/A__

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____N/A_____
5  _____N/A_____
6  _____N/A_____

7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

| | | | |
|---|---|---|---|
| a. | Business, Profession or self employment | Yes ___ | No X |
| b. | Income from stocks, bonds, or royalties? | Yes ___ | No X |
| c. | Rent payments? | Yes ___ | No X |
| d. | Pensions, annuities, or life insurance payments? | Yes ___ | No X |
| e. | Federal or State welfare payments, Social Security or other government source? | Yes ___ | No X |

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____N/A_____
22  _____N/A_____

23  3.    Are you married?                                      Yes ___ No X
24  Spouse's Full Name: _____N/A_____
25  Spouse's Place of Employment: _____N/A_____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $____N/A____ Net $____N/A____
28  4.    a.    List amount you contribute to your spouse's support:$ _____

|   |   |   |
|---|---|---|
| 1 | b. | List the persons other than your spouse who are dependent upon you for |
| 2 |    | support and indicate how much you contribute toward their support. (NOTE: |
| 3 |    | For minor children, list only their initials and ages. DO NOT INCLUDE |
| 4 |    | THEIR NAMES.). |

5  _____N/A_____

6  _____N/A_____

7  5. Do you own or are you buying a home?          Yes ___  No  X

8  Estimated Market Value: $ —0—     Amount of Mortgage: $ —0—

9  6. Do you own an automobile?                     Yes ___  No  X

10 Make    N/A        Year    N/A        Model    N/A

11 Is it financed? Yes ___ No  X   If so, Total due: $        0

12 Monthly Payment: $    0

13 7. Do you have a bank account?  Yes ___  No  X   (Do not include account numbers.)

14 Name(s) and address(es) of bank: _____N/A_____

15 _____N/A_____

16 Present balance(s): $ _____N/A_____

17 Do you own any cash? Yes ___ No  X   Amount: $    ZEOR

18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19 market value.)  Yes ___  No  X

20 _____NO_____

21 8. What are your monthly expenses?

22 Rent: $    N/A              Utilities:    N/A

23 Food: $    N/A              Clothing:    N/A

24 Charge Accounts:

25 Name of Account           Monthly Payment            Total Owed on This Acct.

26    N/A              $    N/A              $    N/A

27    "                $    "                $    "

28    "                $    "                $    "            9. Do

1 | you have any other debts? (List current obligations, indicating amounts and to whom they are
2 | payable. Do not include account numbers.)
3 | _____N/A_____
4 | _____N/A_____
5 | 10.    Does the complaint which you are seeking to file raise claims that have been presented
6 | in other lawsuits?    Yes ____    No  X
7 | Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8 | which they were filed.           N/A
9 | _____
10 | _____N/A_____
11 |     I consent to prison officials withdrawing from my trust account and paying to the court
12 | the initial partial filing fee and all installment payments required by the court.
13 |     I declare under the penalty of perjury that the foregoing is true and correct and
14 | understand that a false statement herein may result in the dismissal of my claims.
15
16 | JUNE 20, 2008                    _____[signature]_____
17 |     DATE                            SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____    - 4 -