1
2
3
4
5                                                          ***E-FILED - 8/18/08***
6
7
8
9               IN THE UNITED STATES DISTRICT COURT
10              FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
12  ALBERT FEASTER,                )   No. C 08-3223 RMW (PR)
                                   )
13                  Plaintiff,     )   ORDER OF DISMISSAL
                                   )
14       v.                        )
                                   )   (Docket No. 2)
15  KEVIN PAUGH, et al.,           )
                                   )
16                  Defendants.    )
                                   )
17  _____)

18       On July 3, 2008, plaintiff, proceeding pro se, filed a civil rights complaint pursuant to 42
19  U.S.C. §§ 1983 and 1985, and a motion to proceed in forma pauperis ("IFP"). The same day, the
20  court notified plaintiff that he had neither paid the filing fee nor filed a completed IFP
21  application. In particular, plaintiff's IFP application did not include a certificate of funds
22  completed and signed by a prison official, and plaintiff did not attach a copy of his prisoner trust
23  account statement showing transactions for the past six months. Along with the deficiency
24  notice, plaintiff was provided with a new IFP application, instructions for completing it, and a
25  stamped return envelope. Plaintiff was cautioned that his failure to either file a complete IFP
26  application, including the required certificate of funds and trust account statement, or pay the
27  filing fee within thirty days would result in the dismissal of this action. No response has been
28  received from plaintiff. Accordingly, the instant action is DISMISSED without prejudice to

Order of Dismissal
P:\pro-se\sj.rmw\cr.08\Feaster223disifp

1  plaintiff filing a new action in which he either pays the filing fee or files a completed IFP
2  application.
3      The incomplete IFP application (docket no. 2) is DENIED.
4      The clerk shall enter judgment and close the file.
5      IT IS SO ORDERED.
6  DATED:  8/15/08                    /s/ Ronald M. Whyte
7                                      RONALD M. WHYTE
                                        United States District Judge

Order of Dismissal
P:\pro-se\sj.rmw\cr.08\Feaster223disifp